FRED MILLER, Appellant, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued October 11, 1929; decided October 25, 1929.)

*Harry W. Williams* and *James H. Hyer* for appellant. *Sherman A. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.